Robert C. Moest, SBN 62166
Of Counsel to
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIT PATEL, derivatively on behalf of APPLOVIN CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>ADAM FOROUGHI, MATTHEW STUMPF, CRAIG BILLINGS, HERALD CHEN, MARGARET GEORGIADIS, ALYSSA HARVEY DAWSON, BARBARA MESSING, TODD MORGENFELD, EDWARD OBERWAGER, and EDUARDO VIVAS,<br><br>           Defendants,<br><br>   and<br><br>APPLOVIN CORPORATION,<br><br>           Nominal Defendant. | Case No.: 5:25-cv-02780-SVK<br><br>SUMMONS RETURNED EXECUTED |

Summons Returned Executed

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| AMIT PATEL, derivatively on behalf of APPLOVIN CORPORATION, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> ADAM FOROUGHI, <br> See attached. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  5:25-cv-02780-SVK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ADAM FOROUGHI, MATTHEW STUMPF, CRAIG BILLINGS, HERALD CHEN, MARGARET GEORGIADIS, ALYSSA HARVEY DAWSON, BARBARA MESSING, TODD MORGENFELD, EDWARD OBERWAGER, and EDUARDO VIVAS, Defendants, and
APPLOVIN CORPORATION, Nominal Defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert C. Moest, Of Counsel, SBN 62166
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date:    03/25/2025                                    K. ADAMS-MOFFETT
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-02780-SVK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Applovin Corporation

was received by me on *(date)*          03/27/2025             .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Shaylyn Robinson                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

United Agent Group,Inc                                      on *(date)*    03/27/2025        ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .


I declare under penalty of perjury that this information is true.


Date:      03/27/2025                                      *Lloyd A. Brooks*
                                                          _____
                                                          Server's signature

                                                          Lloyd Brooks    Legal Process Server
                                                          _____
                                                          Printed name and title

                                                          Innovative Driven
                                                          824 N Market St, Ste 108
                                                          Wilmington, DE 19801
                                                          _____
                                                          Server's address


Additional information regarding attempted service, etc: