UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMIT PATEL,

          Plaintiff,

  v.

ADAM FOROUGHI, et al.,

          Defendants.

Case No. 25-cv-02780-SVK

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Quiero v. AppLovin Corporation*, 4:25-cv-02294-HSG.

**SO ORDERED.**

Dated: April 17, 2025

SUSAN VAN KEULEN
United States Magistrate Judge