Francis J. "Casey" Flynn, Jr., #304712
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
5067 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley (to seek admission pro hac vice)
Danielle Rowland Lindahl (to seek admission pro hac vice)
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Email: srowley@rowleylawpllc.com
           drl@rowleylawpllc.com

**ATTORNEYS FOR PLAINTIFFS**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL, derivatively on behalf of APPLOVIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ADAM FOROUGHI, MATTHEW STUMPF, CRAIG BILLINGS, HERALD CHEN, MARGARET GEORGIADIS, ALYSSA HARVEY DAWSON, BARBARA MESSING, TODD MORGENFELD, EDWARD OBERWAGER, and EDUARDO VIVAS,<br><br>Defendants,<br><br>APPLOVIN CORPORATION,<br><br>Nominal Defendant. | Case No. 4:25-cv-02780-HSG<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Courtroom: 2 4th Floor<br>Trial Date: None set |

- 1 -

113936v1

| NATHAN SMITH, derivatively on behalf of APPLOVIN CORP., | Case No. 5:25-cv-04261 |
| --- | --- |
| Plaintiffs, | |
| v. | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |
| ADAM FOROUGHI, MATTHEW STUMPF, CRAIG BILLINGS, HERALD CHEN, MARGARET GEORGIADIS, ALYSSA HARVEY DAWSON, BARBARA MESSING, TODD MORGENFELD, EDWARD OBERWAGER, and EDUARDO VIVAS, | |
| Defendants, | |
| -and- | |
| APPLOVIN CORP., a Delaware Corporation, | |
| Nominal Defendant. | |

Pursuant to Local Rule 3-12(b) and 7-11, Plaintiff Nathan Smith submits this Administrative Motion to Consider Whether Case Should Be Related to give notice of the action *Nathan Smith v. Adam Foroughi, Matthew Stumpf, Craig Billings, Herald Chen, Margaret Georgiadis, Alyssa Harvey Dawson, Barbara Messing, Todd Morgenfeld, Edward Oberwager, and Eduardo Vivas, and AppLovin Corp., a Nominal Defendant*, Case No. 5:25-cv-04261, filed May 19, 2025 in the United States District Court for the Northern District of California.

The action is related because it contains overlapping claims and calls for determination of multiple questions of fact and law that will be the same or substantially similar as those claimed in the instant action. The *Smith* complaint is almost identical to the original complaint filed in the instant action. Accordingly, like the instant Action, the *Smith* action involves allegations that during the Relevant Period, AppLovin Corp. and its executive officers made materially false and misleading statements by: (1) failing to disclose that AppLovin's revenue and profit growth were unsustainable because of the Company's systematic

exploitation of fraudulent advertising practices, including click spoofing and the use of a backdoor installation scheme to force unwanted apps on customers; (2) disclosing risks related to AppLovin's breach of terms of service with third-party platforms that were materially false and misleading because they characterized adverse facts that had already materialized as mere possibilities; and (3) falsely attributing AppLovin's growth in revenue to the Company's enhanced AXON 2.0 digital ad platform and the use of "cutting-edge AI technologies" to more efficiently match advertisements to mobile games, and as a result of the foregoing, making public statements about the Company's business, operations, and prospects that were materially false and misleading.

For the foregoing reasons, assignment of the *Smith* Action to this Court is likely to save judicial and litigant resources, and it will diminish the likelihood of inconsistent results.

Dated: <u>May 23, 2025</u>                    By:   /s/ Francis J. "Casey" Flynn, Jr.

Francis J. "Casey" Flynn, Jr., #304712
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
5067 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley (to seek admission pro hac vice)
Danielle Rowland Lindahl (to seek admission pro hac vice)
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Email: srowley@rowleylawpllc.com
          drl@rowleylawpllc.com

**ATTORNEYS FOR PLAINTIFF**

-3-

**NATHAN SMITH**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on <u>May 23, 2025</u>, I electronically filed the foregoing with the Clerk of the Court by using the e-filing system which will send notification of such filing to all attorneys of record.

/s/    Francis J. "Casey" Flynn, Jr.

-4-

ADMIN. MOT. TO CONSIDER WHETHER TO RELATE CASES; Case No. 4:25-cv-02780-HSG